# Court of Appeals
# of the State of Georgia

ATLANTA, _January 25, 2018_

*The Court of Appeals hereby passes the following order:*

## A18A0930. CATHERINE GIBSON MCCAULEY v. KTM ROOFING CO., INC.

This case began as a breach of contract action in magistrate court. After the magistrate court issued judgment in favor of the defendant KTM Roofing Co., Inc., the plaintiff Catherine Gibson McCauley appealed to the superior court. The superior court also entered judgment in favor of the defendant, and McCauley filed this direct appeal. The defendant has filed a motion to dismiss the appeal.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because McCauley did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal. Accordingly, the defendant's motion to dismiss is GRANTED, and the appeal is DISMISSED. Further, the defendant's motion for sanctions is DENIED because the motion was not filed as a separate document as required by Court of Appeals Rule 41 (b).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,_ 01/25/2018 _____*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*